IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LE'MARVIN LOFTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-00063-CG-B |
| | ) |
| WARDEN REYNOLDS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that that this action is **DISMISSED** without prejudice for failure to obey the Court's Order and to prosecute this action.

**DONE** and **ORDERED** this 25th day of January, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE